(June 3, 1983)

■ In the Matter of the Claim of WILLIAM M. MOSKALUK, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Motion to dismiss appeal as untimely taken granted, without costs (see Labor Law, § 624). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.

■ In the Matter of the Claim of GARY R. PILATO, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Motion to dismiss appeal as untimely taken granted, without costs (see Labor Law, § 624). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.

(June 6, 1983)

■ In the Matter of RANDOLPH BELL, INC., et al., Petitioners, v CITY OF KINGSTON, OFFICE OF COMMUNITY DEVELOPMENT, Respondent. — Motion by respondent to dismiss proceeding granted, without costs, since the proper vehicle for review of the judgment dated March 11, 1983, is an appeal. Mahoney, P. J., Sweeney, Kane, Weiss and Levine, JJ., concur.

■ JAY M. MOTLER, Appellant, v SUSAN MOTLER, Respondent. — Motion for reargument denied, without costs. Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Was so much of Special Term's order as granted defendant's motion for permission to withdraw her counterclaim, correct as a matter of law?" Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.